**STATE of Missouri, Respondent,**

v.

**James Robert THOMPSON, Appellant.**

### WD 78487

Missouri Court of Appeals,
Western District.

ORDER FILED: September 13, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 1, 2016

Chris Koster, Attorney General, Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

Emmett D. Queener, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division IV: Mark D. Pfeiffer, Chief Judge, Presiding, and James Edward Welsh and Edward R. Ardini, Jr., Judges

### Order

Per Curiam:

Mr. James R. Thompson appeals from the judgment of his conviction and sentence, following a jury trial in the Circuit Court of Boone County, Missouri, for first-degree murder. Mr. Thompson asserts evidentiary and jury selection errors by the trial court on appeal. Finding neither error nor precedential value from a published opinion, we have instead provided a memorandum of law to the parties. The judgment is affirmed. Rule 30.25(b).